UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONEIBY TORIBIO NUNEZ et al.,

                Plaintiffs,

-against-

JEFFERSON FEVRIUS et al.,

                Defendants.

No. 1:24-cv-06803 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    It is HEREBY ORDERED that counsel for all parties shall file their joint pretrial order and other pretrial submissions required by the Court's individual rules by **January 22, 2026**. If applicable, parties must file their responses to any motions in limine by **January 29, 2026**.

    It is FURTHER ORDERED that counsel for all parties shall appear for a final pretrial conference on **February 26, 2026 at 12:30 PM**, in Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel**.

    It is FURTHER ORDERED that the trial will begin on **March 9, 2026 at 9:00 AM**. Counsel should familiarize themselves with the trial procedures set forth in the Court's Individual Rules of Practice in Civil Cases, available at https://nysd.uscourts.gov/hon-jennifer-l-rochon.

    **The trial date should be treated as a firm date.** The parties are advised that the trial date will not be adjourned on account of a settlement in principle; put differently, unless the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record (and the Court approves the settlement to the extent that such approval is required), the parties should be prepared to go to trial as scheduled.

    SO ORDERED.

Dated: November 18, 2025
       New York, New York

                                              JENNIFER L. ROCHON
                                              United States District Judge